# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| In re: | : | Case No. 19-60697 |
| Tina K Brewer | : | Chapter 13 |
| Debtor(s). | : | Judge RUSS KENDIG |

## SPECIAL LIMITED NOTICE OF APPEARANCE AND REQUEST FOR NOTICES ON BEHALF OF NORTH CENTRAL STATE COLLEGE

PLEASE TAKE NOTICE that NORTH CENTRAL STATE COLLEGE appears herein by its counsel for the limited purpose of directing, pursuant to Fed. R. Bankr. P. 2002(g), that all notices given or required to be given in this case and all papers served or required to be served in this case, be given to and served at the address set forth for it in the proofs of claim and also at the following address:

Keith D. Weiner
Special Counsel to the Ohio Attorney General
Keith D. Weiner & Assoc. Co. LPA
75 Public Sq. 4th Fl.
Cleveland, Ohio 44113
216-771-6500
216-771-0133 (FAX)
bankruptcy@weinerlaw.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices referred to in Fed. R. Bankr. P. 2002 but also includes, without limitation, any orders, applications, motions, petitions, plans, pleadings, requests, complaints or other papers which affect or seek to affect in any way the procedural or equitable rights or interests of NORTH CENTRAL STATE COLLEGE.

This special limited notice of appearance is being filed for the sole purpose of notifying the Court and the parties of the address to be used for service of notices, orders, reports, and pleadings. The undersigned does not have the authority or capacity to waive the sovereign immunity of the State of Ohio or to consent to this Court's exercise of jurisdiction over the State of Ohio. Accordingly, this special limited notice of appearance does not constitute a waiver of sovereign immunity by or on behalf of the State of Ohio or any of its other departments, agencies, boards, or other instrumentalities.

/s/Keith D. Weiner
Keith D. Weiner (#0029000)
Lindsey I. Hall (#0075152)
Special Counsel to the Ohio
Attorney General
Keith D. Weiner & Assoc. Co. LPA
75 Public Sq. 4th Floor
Cleveland, Ohio 44113
216-771-6500
216-771-0133 (fax)
bankruptcy@weinerlaw.com

## CERTIFICATE OF SERVICE

I certify that on April 22, 2019, a true and correct copy of NORTH CENTRAL STATE COLLEGE's Notice of Appearance and Request for Notices was served:

Via the Court's Electric Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

- James R. Galehouse    jgalehouse@ohiolegalclinic.com, jamesgalehouse@yahoo.com;nkrenisky@ohiolegalclinic.com;rausermail@ohiolegalclinic.com;jrauser@ohiolegalclinic.com;rauserlaw@gmail.com;rauser@bestclientinc.com;rauserandassociates@gmail.com;AuteroBR51159@notify.bestc

- Dynele L Schinker-Kuharich    DLSK@Chapter13Canton.com, dschinkerkuharich@ecf.epiqsystems.com

- United States Trustee    (Registered address)@usdoj.gov

And by regular U.S. mail, postage prepaid, on:

Tina K Brewer
1159 PAT LANE
MANSFIELD, OH 44906


                                                     /s/Keith D. Weiner
                                                     Keith D. Weiner (#0029000)
                                                     Lindsey I. Hall (#0075152)