UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE: : CHAPTER 13 PROCEEDING

TINA K. BREWER : CASE NO: 19-60697

: JUDGE RUSS KENDIG

DEBTOR(S) : REPORT OF MEETING OF CREDITORS

☐ The Meeting of Creditors was held on _____ and concluded.

☐ The Meeting of Creditors was **not held** and was continued to _____ at _____ for the reason(s) set forth below. The Confirmation Hearing is continued to _____ at 2:00 PM.

☐ Debtor(s) failed to appear ☐ Counsel for Debtor failed to appear
☐ Chapter 13 Payment not received ☐ No photo identification
☐ Income Tax Return not received ☐ No documentation of Social Security Number
☐ Request by Counsel for Debtor(s) ☐ Other _____

☒ The Meeting of Creditors was held on May 6, 2019 and was continued to June 3, 2019 at 9:30a for the reason(s) set forth below. The Confirmation Hearing is continued to June 26, 2019 at 2:00 PM.

The item(s) below have been requested by the Trustee. If the Meeting of Creditors was held and continued, the requested item(s) must be provided prior to the continued date. If the requested item(s) have not been provided, Debtor(s) and Counsel must attend on the continued date.

☐ Bank Statement(s) ☒ Homeowner's Insurance Declarations Page
☐ Two Most Recent Pay Advices ☐ Most Recent Mortgage Statement
☐ Evidence of Vehicle Insurance ☐ File Confirmation Review Summary
☐ Evidence of Tax Return Filing ☐ File Motion to Pay Mortgage Direct
   for Tax Year(s)_____ ☐ File Application for Attorney Fees
☐ Retirement loan end date(s) ☐ _____

Trustee notes the following about this case:

☐ The proposed Plan is currently unfeasible.
☐ The Means Test requires a dividend to general unsecured creditors of _____%
☐ Debtor(s) are not committing all disposable income to the Plan.
☐ Amended Plan for _____
☐ Amend Schedule _____ for _____
☐ _____
☐ _____

_____ s/ Dynele L. Schinker-Kuharich
Attorney for Debtor(s) Dynele L. Schinker-Kuharich, Chapter 13 Trustee

## CERTIFICATE OF SERVICE

I certify that on May 10, 2019, a true and correct copy of the REPORT was served:

Via the court's Electronic Case Filing System on these entities and individuals who are listed on the court's Electronic Mail Notice List:

JAMES R GALEHOUSE, on behalf of TINA K. BREWER, at jgalehouse@ohiolegalclinic.com

And by regular U.S. Mail, postage prepaid, on:

TINA K. BREWER
1159 PAT LANE
MANSFIELD, OH 44906

/s/ Dynele L. Schinker-Kuharich
Dynele L. Schinker-Kuharich, Chapter 13 Trustee
200 Market Avenue North, Suite LL30
Canton, Ohio 44702
330-455-2222