# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| **IN RE:** | : | **Chapter 13 Proceedings** |
| **Tina K. Brewer** | : | **Case No.: 19-60697** |
| **Debtor** | : | **Judge Russ Kendig** |

## MOTION TO DISMISS CASE

Now comes Dynele L. Schinker-Kuharich, Standing Chapter 13 Trustee, and declares under penalty of perjury:

1. Debtor filed a petition for relief under Chapter 13 on April 4, 2019.

2. Debtor and Debtor's attorney failed to appear at the continued 341 meeting scheduled for June 3, 2019.

3. Debtor failed to provide the requested documents prior to the 341 meeting.

Therefore, Trustee requests the above case be dismissed pursuant to Bankruptcy Code 1307 (c).

/s/ Dynele L. Schinker-Kuharich
Dynele L. Schinker-Kuharich
Chapter 13 Trustee
200 Market Avenue North, Suite 30
Canton, OH 44702
Tel. 330.455.2222
dlsk@Chapter13Canton.com

## NOTICE OF MOTION TO DISMISS CASE

Dynele L. Schinker-Kuharich, Standing Chapter 13 Trustee, has filed papers with the Court to have this bankruptcy case dismissed.

**Your rights may be affected. You should read these papers carefully to discuss them with your attorney, if you have one, in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to dismiss this bankruptcy case, or if you want the Court to consider your views on the Motion to Dismiss this case, then on or before **June 27, 2019**, you or your attorney must file with the Court an Objection to the Motion to Dismiss at:

>Clerk of Court
>United States Bankruptcy Court
>Ralph Regula Federal Building
>401 McKinley Ave S.W.
>Canton, OH  44702

If you mail your Objection to the Court for filing, you must mail it early enough so the Court will **receive** it on or before the date stated above.

You must also send a copy to:
>Dynele L. Schinker-Kuharich
>Chapter 13 Trustee
>200 Market Avenue North, Suite 30
>Canton, Ohio 44702

You must also attend a hearing on the Motion to Dismiss this case on **July 31, 2019 at 1:30 PM** at:
>United States Bankruptcy Court
>Ralph Regula Federal Building
>401 McKinley Ave, S.W.
>Canton, OH 44702

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an order granting that relief.

June 6, 2019

>/s/ Dynele L. Schinker-Kuharich
>Dynele L. Schinker-Kuharich
>Chapter 13 Trustee
>200 Market Avenue North, Suite 30
>Canton, OH 44702
>Tel. 330.455.2222
>dlsk@Chapter13Canton.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 6, 2019, a true and correct copy of the Motion to Dismiss and Notice thereof was served via the Court's Electronic Case Filing System upon these entities and individuals who are listed on the Court's Electronic Mail Notice List:

- Office of the United States Trustee at [RegisteredEmailAddress]@usdoj.gov

- James R. Galehouse, Counsel for Debtor, at jgalehouse@ohiolegalclinic.com

and via regular U.S. Mail, postage prepaid, upon:

Tina K. Brewer, Debtor
1159 Pat Lane
Mansfield, OH 44906

/s/ Dynele L. Schinker-Kuharich
Dynele L. Schinker-Kuharich
Chapter 13 Trustee