## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 PROCEEDING |
| | ) | |
| Tina K. Brewer | ) | CASE NO.: 19-60697 |
| | ) | |
| | ) | CHIEF JUDGE RUSS KENDIG |
| | ) | |
| DEBTOR | ) | OBJECTION TO TRUSTEE'S |
| | ) | MOTION TO DISMISS |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

Now comes the Debtor, by and through counsel, and hereby object to the Trustee's Motion to Dismiss. The Trustee's Motion is based upon Debtor's failure to produce requested documents.

Debtor and Debtor's counsel believe that all required documents have now been delivered through the Trustee's portal.

WHEREFORE, Debtor pray the Trustee's Motion to Dismiss be DENIED.

Respectfully submitted,

/s/ James R. Galehouse
James R. Galehouse (0084867)
Attorney for Debtor
Rauser & Associates
401 W. Tuscarawas St., Suite 400
Canton, Ohio 44702
(330) 456-6505

# CERTIFICATE OF SERVICE

I certify that on June 14, 2019, a true and correct copy of the Objection To Trustee's Motion To Dismiss Case was served:

Via the Courts Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

- James R. Galehouse    jgalehouse@ohiolegalclinic.com, jamesgalehouse@yahoo.com;nkrenisky@ohiolegalclinic.com;rausermail@ohiolegalclinic.com;jrauser@ohiolegalclinic.com;rauserlaw@gmail.com;Rauser_Bestclient@mail.com;rauserandassociates@gmail.com;AuteroBR51159@notify.bes
- Thomas R. Houlihan    Houlihan@amer-law.com, sallman@amer-collect.com;jvaughan@amer-collect.com;HouliECF@aol.com
- Dynele L Schinker-Kuharich    DLSK@Chapter13Canton.com, dschinkerkuharich@ecf.epiqsystems.com
- United States Trustee    (Registered address)@usdoj.gov
- Joshua Ryan Vaughan    jvaughan@amer-collect.com, SAllman@AMER-COLLECT.COM;rschroeter@amer-collect.com;HouliECF@aol.com
- Keith D. Weiner    bankruptcy@weinerlaw.com

And by regular US mail, postage prepaid, on:

**Debtor:**
Tina Brewer
1159 Pat Lane
Mansfield, OH 44906


                                            /s/ James R. Galehouse
                                            James R. Galehouse (0084867)