UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
CANTON DIVISION

| | |
|---|---|
| In re: | ) Case No. 19-60697 |
| | ) |
| TINA K. BREWER | ) |
| | ) Chapter 13 |
| | ) |
| Debtor. | ) Judge Russ Kendig |
| | ) |
| | ) <u>NOTICE OF APPEARANCE</u> |
| | ) <u>OF COUNSEL AND REQUEST</u> |
| | ) <u>FOR NOTICES</u> |
| | ) |

      Now comes Jonathon C. Elgin, Assistant Prosecuting Attorney, Richland County, Ohio, and hereby enters his appearance on behalf of the creditor **RICHLAND COUNTY TREASURER**. Pursuant to Fed. R. Bankr. P. 2002(g), counsel respectfully requests that all notices given or required to be given in this case and all papers served or required to be served in this case, be given to and served at the address set forth for it in the proofs of claim and also at the following address and email address:

    Jonathon C. Elgin
    Richland Co. Prosecutor's Office
    38 S. Park Street, Second Floor
    Mansfield, Ohio 44902
    419-774-5676 (Phone)
    419-774-5889 (Fax)
    jcelgin@richlandcountyoh.us

Please take further notice that the counsel's request includes not only the notices referred to in Fed. R. Bankr. P. 2002, 9007, and 9010, but also includes, without limitation, any orders, applications, motions, petitions, plans, pleadings, requests, complaints or other papers which affect or seek to affect in any way the procedural or equitable rights or interests of Richland

County, Ohio. Counsel requests that he be added to the Clerk's mailing matrix in this case.

                                        Respectfully submitted,

                                        /s/Jonathon C. Elgin
                                        Jonathon C. Elgin (0096390)
                                        Assistant Prosecuting Attorney
                                        Richland County Prosecutor's Office
                                        38 South Park Street, Second Floor
                                        Mansfield, OH 44902
                                        419-774-5676
                                        jcelgin@richlandcountyoh.us
                                        *Attorney for Movant*

## CERTIFICATE OF SERVICE

      The undersigned certifies that on 17th day of June, 2019, a true and accurate copy of the foregoing NOTICE OF APPEARANCE OF COUNSEL AND REQUEST FOR NOTICES was served via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

      James R. Galehouse, Esq. on behalf of Sandra Kay Hummel, debtor, at jgalehouse@ohiolegalclinic.com

      Dynele L Schinker-Kuharich, Esq. on behalf of the Chapter 13 Trustee's office at DLSK@Chapter13Canton.com

      Thomas R. Houlihan, Esq. at Houlihan@amer-law.com

      Joshua Ryan Vaughan, Esq. at jvaughan@amer-collect.com

      Keith D. Weiner, Esq. bankruptcy@weinerlaw.com

Any by regular U.S. mail, postage prepaid on:

      Tina Brewer, Debtor, 1159 Pat Lane, Mansfield, Ohio 44906

                                          /s/ Jonathon C. Elgin
                                        Jonathon C. Elgin (0096390)